Civil Action No.: **1:23-CV-02026-YK**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) <u>UNFI Distribution Company, LLC</u>
was received by me on (date) <u>Dec. 7, 2023</u>.

☐ I personally served the summons on the individual at (place) <u>CT Corporation System Dauphin</u> on (date) <u>Jan. 26, 2024</u> ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) <u>CT Corporation System</u>, who is designated by law to accept service of process on behalf of (name of organization) <u>UNFI Distribution Company, LLC</u> on (date) <u>1/26/2024</u> ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

<u>Jan. 26, 2024</u>
Date

Server's Signature

<u>Steve T. Mahan, Esq.</u>
Printed name and title

<u>2704 Commerce Drive, Suite B</u>
<u>Harrisburg, PA 17110</u>
Server's Address

Additional information regarding attempted service, etc: